# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN POVERTY LAW CENTER, in its individual capacity and on behalf of its clients detained at Stewart Detention Center, LaSalle Detention Facility, and Irwin County Detention Center;<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; KIRSTJEN NIELSEN, Secretary of U.S. Department of Homeland Security, in official capacity; THOMAS HOMAN, Deputy Director and Acting Director of U.S. Immigration and Customs Enforcement, in official capacity; CLAIRE TRICKLER-MCNULTY, Acting Director for U.S. Immigration and Customs Enforcement, Office of Detention Policy and Planning, in official capacity; MATTHEW ALBENCE, Executive Associate Director of Enforcement & Removal Operations, in official capacity; TAE JOHNSON, Assistant Director for Custody Management, Enforcement & Removal Operations, in official capacity; NATHALIE R. ASHER, Acting Assistant Director, Field Operations for Enforcement and Removal Operations, in official capacity; DAVID RIVERA, Field Office Director, U.S. Immigration and Customs Enforcement New Orleans Field Office, in official capacity; and SEAN GALLAGHER, Field Office Director, U.S. Immigration and Customs Enforcement Atlanta Field Office, in official capacity;<br><br>Defendants. | Civil Action No. 1:18-cv-00760-CKK |

# DECLARATION OF JEFFREY FISHER
# IN FURTHER SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

1

I, Jeffrey Fisher, hereby declare:

1. I have reviewed and am familiar with the Local Rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 11th day of April, 2018.

                Respectfully submitted,

                /s/ Jeffrey Fisher
                Jeffrey Fisher
                Kilpatrick Townsend & Stockton LLP
                1100 Peachtree Street NE, Suite 2800
                Atlanta, GA 30309
                (404) 685-6772
                JFisher@kilpatricktownsend.com