# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN POVERTY LAW CENTER, in its individual capacity and on behalf of its clients detained at Stewart Detention Center, LaSalle Detention Facility, and Irwin County Detention Center,<br><br>            *Plaintiff*,<br><br>            v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>            *Defendants*. | Civ. A. No. 18-0760 (CKK) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Daniel Patrick Schaefer as counsel of record for Defendants in the above-captioned case. The undersigned will participate in today's teleconference call with the Court at 3:00 pm to discuss a briefing schedule.

May 7, 2018                                              Respectfully submitted,

                                                          */s/ Daniel P. Schaefer*
                                                          DANIEL P. SCHAEFER
                                                          D.C. Bar 996871
                                                          Assistant United States Attorney
                                                          555 4th Street, N.W.
                                                          Washington, D.C. 20530
                                                          (202) 252-2531
                                                          Daniel.Schaefer@usdoj.gov