# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN POVERTY LAW CENTER,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Civil Action No. 18-0760 (CKK) |

## JOINT STATUS REPORT

The parties, through counsel, hereby provide this Joint Status Report in response to the Court's Minute Order, dated July 18, 2018. The Court directed the parties to submit a Joint Status Report by July 26, 2018, indicating the results of the mediation and proposing a schedule for further proceedings. In that same order, the Court continued the referral of the case to the Chief Circuit Mediator until July 26, 2018.

The parties successfully negotiated a full resolution of Plaintiff's Motion for Preliminary Injunction in accordance with the terms on the attached Term Sheet. *See* Ex. 1 (hereinafter, "Term Sheet"). The parties intend to reduce the settlement agreement in the Term Sheet to writing in a final Settlement Agreement to be filed with the Court within 30 days of today, i.e., on or before Monday, August 27, 2018. Plaintiff will withdraw its preliminary injunction motion the same day that the fully executed Settlement Agreement is filed with the Court. Over the next thirty days, the parties will also determine whether to extend the mediation to explore final resolution of the merits of the claims against LaSalle, and resolution of the claims against the Irwin and Stewart detention facilities.

Based on the foregoing, the parties jointly request that the Court continue the stay and continue the referral of this case to the Chief Circuit Mediator until August 30, 2018. The parties propose to file a further joint status report recommending the course of further proceedings on August 27, 2018, which is the same day the parties plan to file their final Settlement Agreement with respect to Plaintiff's Motion for Preliminary Injunction. A proposed order is attached.

Dated: July 26, 2018                                              Respectfully submitted,

 */s/ Jamila Johnson*                                             JESSIE K. LIU
Jamila Johnson                                                    D.C. Bar 472845
Southern Poverty Law Center                                       United States Attorney
201 St. Charles Avenue, Suite 2000
New Orleans, Louisiana 70170                                      DANIEL F. VAN HORN
Tel: (504) 486-8982                                               D.C. Bar 924092
Jamila.Johnson@splcenter.org                                      Chief, Civil Division

 */s/ Christian F. Henel*                                         By: */s/ Daniel P. Schaefer*
Christian F. Henel                                                DANIEL P. SCHAEFER
D.C. Bar No. 989746                                               D.C. Bar 996871
Kilpatrick Townsend & Stockton LLP                                Assistant United States Attorney
607 14th Street NW, Suite 900                                     555 4th Street, N.W.
Washington, DC 20005                                              Washington, D.C. 20530
Tel: (202) 481-9943                                               (202) 252-2531
CHenel@kilpatricktownsend.com                                     Daniel.Schaefer@usdoj.gov

*Counsel for Plaintiff*                                           *Counsel for Defendant*