**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| SOUTHERN POVERTY LAW CENTER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 18-760 (CKK) |

**ORDER**
(May 10, 2019)

　　For the reasons set forth in the accompanying Memorandum Opinion, Defendants' [47] Motion to Sever and Transfer Venue is **DENIED**.  In an exercise of its discretion, the Court decides not to sever the claims in this case into three separate cases.  The Court also decides that the interests of justice do not warrant transfer of the unsevered case to a different forum.

　　Previously, the Court stayed Defendants' obligation to answer or otherwise respond to the then-operative Complaint, pending the parties' mediation.  *See* Min. Order of May 30, 2018.  After the mediation, but while the stay remained in place, the First Amended Complaint was docketed.  The Court intends to lift the stay and adopt a schedule for Defendant's answer or other response to the First Amended Complaint.  By no later than **MAY 24, 2019**, the parties shall submit a Joint Status Report proposing a schedule for further proceedings in this matter, including Defendants' answer or other response, and/or such other proceedings as they see fit to occur.

　　**SO ORDERED.**

Dated: May 10, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　　COLLEEN KOLLAR-KOTELLY
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge