

SPLC v. DHS
EX. A - ESI
Protocol

## Kilpatrick Townsend Specifications for Production of ESI

**Production Folders**

Production folders should be delivered as shown below and be restricted to 1,000 files per subfolder.
- DATA
- IMAGES
- NATIVES
- TEXT

**Required Metadata and Database Fields**
- Metadata load file should be encoded in Unicode and provided in Concordance delimiters and format (.DAT):

| Value | Character | ASCII Number |
|---|---|---|
| Column | ¶ | 20 |
| Quote | þ | 254 |
| Newline | ® | 174 |
| Multi-Value (Do not follow with space) | ; | 59 |
| Nested Value | \ | 92 |

- The first row of each metadata load file should contain the field names requested in the attached table or as specified in the ESI order or agency specifications. All requested fields should be present in the metadata load file regardless of whether data exists. Field order must remain consistent in subsequent productions.
- Date & Time format should be MM/DD/YYYY HH:MM (06/30/2009 13:30), unless otherwise specified to be provided as separate fields. If date and time fields are to be provided separately, date format should be MM/DD/YYYY and time format should be HH:MM. If date is unknown, leave blank. Do not provide 00/00/0000.
- All attachments should sequentially follow the parent document/email.

**Images**
- Single-Page images should be provided with an Opticon Image load file (.OPT).
- Format should be Black-and-white Group IV Single-Page TIFFs (300 DPI, 1bit).
- If color images are required, they must be provided in single-page .JPG format.
- Tiff/JPG images should be provided for all documents.
- When a file is provided natively, a slipsheet must be supplied in the appropriate IMAGES folder and must contain BegDoc#, Confidentiality Designation, and "File Provided Natively."
- Image file names should match the page identifier for that specific image and end with the appropriate extension.
- File names cannot have embedded spaces, commas, ampersands, slashes, back slashes, hash marks, plus signs, percent signs, exclamation marks, any character used as a delimiter in the metadata load files, or any character not allowed in Windows file-naming convention (,& \ / # + % ! : * ? " < > | ~ @ ^).

**Native Documents**
- Spreadsheets (e.g. excel, google sheets, OpenOffice, CSV, TSV, etc.) and other files that cannot be converted to TIFF, such as media files (AVI, MOV, MP4, MP3) should be provided natively.
- Native file names should be named for the BEGDOC# entry for that specific record with the Confidentiality Designation, separated by an underscore and end with the appropriate file extension (ABC00000001_Confidential.xls).

**Text**
- Text should be provided for each file in separate text file (.txt) with document level text and a relative link to the file in the DAT. DO NOT place extracted text or OCR in the DAT file.
- Text files should be named for the BEGDOC# entry for that specific record.
- All records should have a text file even if the file has no text.
- All text should be processed and delivered in Unicode. **Please indicate in separate communication whether any other text encoding is present in the deliverable.** Text files for redacted documents should be the OCR text of the document as redacted.



# Kilpatrick Townsend Preferred Metadata Fields

| CATEGORY | FIELD NAME | FIELD DESCRIPTION |
|---|---|---|
| *All* | BEGDOC | Starting number of a document; aka BegDoc, BeginDoc |
| | ENDDOC | Ending number of a document; aka EndDoc, EndingDoc |
| | BEGATTACH | Starting number for parent document within a group; aka BegAttach |
| | ENDATTACH | Ending number for child document within the group; aka EndAttach |
| | DOCID | Unique document Bates # or populate with the same value as Start Bates (DOCID = BEGDOC#) |
| | PGCOUNT | Page Count as extracted during processing |
| | FILESIZE | Native File Size in KBs |
| | DOCDATE | Last Modified Date for files and Sent date for e-mail, this field inherits the date for attachments from their parent.  Do not provide 00/00/0000. |
| | TIME ZONE OFFSET | Time zone of collection locality, relative to Coordinated Universal Time (UTC). E.g., for US Central Standard Time (CST), the value for this field should be -6.0 |
| | CUSTODIAN | Custodian(s) / source(s); Last, First |
| | DUPLICATE CUSTODIAN | Custodian(s) containing duplicate versions of original record; Last, First |
| | DUPLICATE SOURCE | Path information of original de-duplicated file(s) |
| | CONFIDENTIALITY | Confidentiality designation of a document |
| | FILEEXTENSION | Actual file extension of the eDoc or email; aka Extension |
| | MD5HASH | Identifying value of an electronic record that can be used for deduplication and authentication generated using the MD5 hash algorithm |
| | PARENTID | Document ID of the parent document; this field will only be available on child items |
| | CHILDID | Attachment document IDs of all child items in family group delimited by semicolon; this field will only be present on parent items; aka AttachmentDocID |
| | NATIVELINK | Path to native files if natives are delivered |
| | TEXTLINK | Path to text files |
| | | |
| *Email* | FROM | Sender of the email; aka SentFrom, SenderNames |
| | TO | Recipient(s) of the email; aka SentTo, RecipientNames |
| | CC | Recipient(s) of the email in the "CC" field; aka CCRecipientNames |
| | BCC | Recipient(s) of the email in the "BCC" field; aka BCCRecipientNames |
| | SUBJECT | Subject of the message |
| | SENTDATE (DATE & TIME) | Date and time the email was sent |
| | DATERECEIVED (DATE & TIME) | Date and time the email message was received |
| | ATTACHMENTCOUNT | Number of attachments an email has |
| | MESSAGE TYPE | Outlook bound property indicating type of entry in store; aka MsgClass. Possible values include Appointment, Contact, Distribution List, Delivery Report, Message, or Task |
| | MESSAGEID | Message number created by an email application and extracted from the email's metadata; aka int_msgID |
| | CONVERSATIONINDEX | Email thread created by the email system; this is a 44-character string of numbers and letters that is created in the initial email and has 10 characters added for each reply or forward of an email |
| | | |
| *E-Doc* | FILENAME | Name of the original file; aka Filename, Original Filename, Name |
| | AUTHOR | Author eDoc; Last, First |
| | DATE CREATED (DATE & TIME) | Date the eDoc was created; aka CreationDate, HeaderCreatedDateTime |
| | DATE LAST MODIFIED (DATE & TIME) | Date & Time the eDoc was last modified; aka ModifiedDate, ModificationDate, HeaderModifiedDateTime |
| | SUBJECT | Subject of the document extracted from the properties of the native file |
| | SOURCE/ORIGINAL FILEPATH | File path indicating the original location of the document |
| | APPLICATION | Application used to create native file (e.g. Excel, Outlook, Word) |
| | HASHIDDENCONTENT | Identifies whether the document has comments, track changes or other hidden |



| | | content associated with it |