# Exhibit I

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLUMBIA**

SOUTHERN POVERTY LAW CENTER

        Plaintiff,

   V

U.S DEPARTMENT OF HOMELAND
SECURITY et al,

        Defendants.

Civil Action No. 18-cv-0760-CKK

**PROTOCOL FOR USE OF ACTIVE LEARNING TO ASSIST WITH
RESPONSIVENESS REVIEW**

      Defendants United States Department of Homeland Security, et al. (herein "Defendants")
hereby propose to use the following protocol for the use of Active Learning for purposes of
assisting with the responsiveness review in this civil action.

**I.**     **DEFINITIONS**

      **1.**     **Active Learning**: An Iterative Training regimen in which the Training Set
is repeatedly augmented by additional documents chosen by the Machine Learning Algorithm,
and coded by one or more Subject Matter Expert(s).

      **2.**     **Confidence Level**: In this protocol, Confidence Level is one of the
variables used to create a statistically valid sample. The other variables are the size of the total
document collection to be sampled from and the tolerable margin of error. Confidence Level is a
measurement of statistical reliability, and, in this context, refers to the likelihood that a
measurement reached through the sample is accurate.

3.      **Cutoff Rank:** This value determines the minimum rank needed for a document to receive a responsive categorization. Documents ranking above the Cutoff Rank shall consist of documents most likely to be responsive. Documents ranking below the Cutoff Rank will be deemed non-responsive and the results will be validated by the Elusion Test.

4.      **Deduplication**: A method of replacing multiple identical copies of a document by a single instance of that document. Deduplication can occur within the data of a single custodian (also referred to as Vertical Deduplication), or across all custodians (also referred to as Horizontal or Global Deduplication).

5.      **Elusion Rate:** The percentage of documents coded as responsive after review of the Elusion Test sample.

6.      **Elusion Test:** A process by which Subject Matter Experts review a random sample of non-coded, predicted non-responsive documents (not reviewed, skipped, suppressed duplicates) below a certain Cutoff Rank to determine the Elusion Rate in order to validate the Active Learning process.

7.      **Iterative Training**: The process of repeatedly augmenting the Training Set with additional examples of documents coded by Subject Matter Expert(s) as Responsive or Non-Responsive until the effectiveness of the Machine Learning Algorithm reaches an acceptable level.

8.      **Random Sample / Random Sampling**: Selection of a subset of the total document collection, using a method that is equally likely to select any document from the total document collection for inclusion in the Random Sample.

9.      **Subject Matter Expert(s) ("SMEs")**: One or more individuals who are familiar with what is Responsive and can render an authoritative determination as to whether a

document is Responsive or not.

      **10.**    **Training Set**: A sample of documents coded by one or more Subject

Matter Expert(s) as Responsive or Non-Responsive, from which a Machine Learning Algorithm

then infers how to distinguish between Responsive or Non-Responsive documents beyond those

in the Training Set.

## II. SCOPE OF THIS PROTOCOL

      1.    The procedures described in this protocol apply only to text-rich, electronically

stored information ("ESI") collected by ICE from the custodians in Exhibit A. Certain file types

shall be excluded from the Active Learning process described in this protocol, including, but not

limited to, media (for example, .jpg, .jpeg, .bmp, .gif, .wmv, .wav, .mov, .avi), spreadsheets (for

example, .xls, .xlsx, .csv), system files, container files, documents containing little or no text,

documents which contain too much text and extensible markup language (for example, .xml)

files (collectively, "Excluded File Types"). ICE will deduplicate the ESI collection across

custodians (Global Deduplication) before beginning the Active Learning process. ICE will also

apply the date range of April 1, 2017 to December 27, 2019[1] for Stewart Detention Center,

August 1, 2017 to December 27, 2019 for Irwin Detention Center, September 1, 2017 to

December 27, 2019 for LaSalle ICE Processing Center, and October 1, 2018 to December 27,

2019 for Pine Prairie ICE Processing Center, and the search terms listed in Exhibit B before

beginning the Active Learning process and documents that do not hit on any of the terms (unless

part of a family with a document that has a search term) or are not within the date range will be

omitted from the Active Learning process described in this protocol and will be deemed non-

---

[1] This end date is based on Defendants' Initial Response to Plaintiff's First Requests for Production of Documents, dated December 27, 2019.

responsive. Absent other agreement, the remaining files will be subject to the Active Learning

process described in this protocol ("Documents").

2.      Nothing in this protocol shall prevent Defendants from using other search,

review, or coding methodologies in addition to, or in place of, Active Learning to help identify

Documents that are responsive to the document requests from the Plaintiff or to review

Documents for potentially privileged or confidential information.

### III. PROTOCOL

Defendants have determined that it will use Relativity's Active Learning to

assist with a responsiveness review. The Active Learning process is described in the sections

below.

#### 1. Step One – Training Phase

After Documents are loaded into the Active Learning platform, the SMEs will begin

coding documents for responsiveness. Once the reviewers have coded at least five documents as

responsive and at least five documents as non-responsive, the Active Learning model will be

built. Once the model is built, the prioritized review will commence. During the prioritized

review process, the Active Learning system presents the SMEs with additional documents to

code for responsiveness. This process continues until a particular Elusion Rate is met.

#### 2. Step Two – Validation of Active Learning Through the Elusion Test

ICE will perform an Elusion Test to validate the Active Learning process. The Elusion

Test is conducted by creating a statistically valid Random Sample, using a 95% Confidence

Level and a 5% margin of error, of documents which fall below a particular Cutoff Rank (likely

non-responsive documents). The SMEs will manually code that sample of documents for

responsiveness. ICE will then determine how many documents were coded as responsive and

divide that number by the total number of documents in the sample. The resulting percentage is

the Elusion Rate. If the target Elusion Rate is not met, ICE will continue training the system

until the desired Elusion Rate is met. Thus, the validation process may occur several times.

After training has concluded, ICE will determine the appropriate Cutoff Rank and Elusion Rate.

### 3. Step Three –Review

Documents above the Cutoff Rank will then be reviewed for confidentiality and

privilege. During the course of confidentiality and privilege review, should non-responsive

documents be identified, they will be coded as such

### 4. Step Four – Production

Responsive, non-privileged Documents will be produced pursuant to the 502(d) Order (ECF No.

85) and Protective Order (ECF No. 76).


DATED: January 24, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

YAMILETH G. DAVILA
Assistant Director

*/s/Ruth Ann Mueller*
Ruth Ann Mueller
Trial Attorney
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
District Court Section
P.O. box 868, Washington D.C. 20044

James J. Walker
Trial Attorney

David Byerley
Trial Attorney

Counsel for Defendants

# EXHIBIT
# A

|  | Custodian | Title | Location |
|---|---|---|---|
| 1. | Benjamin Freeman | Detention & Deportation Officer | Etowah County Jail, Gadsden, AL |
| 2. | Caridad Cephas-Kimbrough | Deputy Field Office Director | ERO New Orleans |
| 3. | Christopher Cady | Senior Policy Advisor, Custody Management Division | ERO Headquarters |
| 4. | Craig Morse | Acting Unit Chief | Custody Management Division, ERO Headquarters |
| 5. | Cyrena Khoury | Former Associate Legal Advisor | Enforcement and Removal Operations Law Division (left position on December 21, 2019) |
| 6. | Emily Reece | Deputy Chief Counsel | Office of the Principal Legal Advisor, Atlanta |
| 7. | Gary Thomas | ERO Detention Services Manager | Pine Prairie ICE Processing Center |
| 8. | George Sterling | Deputy Field Office Director | ERO Atlanta |
| 9. | Gordon Carlen | Eastern Region Group Supervisor | ERO Calhoun County Jail (Battle Creek, MI) |
| 10. | Gregory Hutton | Unit Chief | Custody Management Division, ERO |
| 11. | Jamee Comans | Deputy Chief Counsel | OPLA New Orleans |
| 12. | Hilton James | ERO Contracting Officer's Representative | Stewart Detention Center |
| 13. | Jay Brooks | Supervisory Detention and Deportation Officer/ Deputy Assistant Director | ERO Headquarters (Washington, D.C.) |
| 14. | John Bretz | Officer-in-Charge | ERO New Orleans |
| 15. | John Hartnett | Officer-in-Charge | ERO New Orleans |
| 16. | John Laing | Former ERO Detention Services Manager | ERO Atlanta (Stewart Detention Center) |
| 17. | Nigel Jason | Assistant Field Office Director | ERO Miami |
| 18. | Joseph Teamer | Deputy Deportation Officer | ERO Headquarters |
| 19. | Julie Plavsic | Senior Policy Advisor | Custody Management Division, ERO |
| 20. | Kristen Sullivan | Acting Field Office Director | Irwin Detention Center |
| 21. | Marc Gladden | ERO Contracting Officer's Representative, | LaSalle ICE Processing Center and Pine Prairie ICE Processing Center |
| 22. | Nashima Baldwin | Management Program Analyst (ERO Contracting Officer's Representative), | Irwin Detention Center |
| 23. | Nathalie Lummert | Former Program Management (from November 2016 to August 4, 2019) and current Unit Chief | ERO Custody Management Custody Programs |

| 24. | Nathan Rasper | Former ERO Detention Standards Compliance Office (position until November 21, 2018) | ERO Headquarters (Washington, D.C.) |
|---|---|---|---|
| 25. | Richard Brooks | Former Assistant Field Office Director | LaSalle ICE Processing Center and Pine Prairie ICE Processing Center (retired as of January 3, 2020) |
| 26. | Thomas Finley | Unit Chief | Custody and Management Division, ERO |
| 27. | Tracy Moten | Supervisory Detention and Deportation Officer, | Stewart Detention Center |
| 28. | William Lund | Senior Attorney, | OPLA New Orleans, Memphis, TN |
| 29. | Alejandro Hernandez | Supervisory Detention and Deportation Officer | Stewart Detention Center |
| 30. | Alfie Owens | Chief Counsel | OPLA Atlanta |
| 31. | Alice Miller | Chief Counsel | OLPA New Orleans |
| 32. | Angelia Solomon | Former Assistant Chief Counsel | OPLA Atlanta (Stewart Detention Center) |
| 33. | Cassie Thogerson | Former Deputy Chief Counsel | OPLA New Orleans |
| 34. | Howard Oestry | Assistant Chief Counsel | OPLA Houston |
| 35. | Jack Spencer | Assistant Chief Counsel | OPLA Atlanta |
| 36. | Mellissa Harper | Former Assistant Field Office Director | ERO Atlanta |

EXHIBIT

B

# OPLA - DCLD - SPLC v DHS
## Search Terms Report



**Report Name:** SPLC v DHS - DOJ Terms 012420          **Searchable Set:** Extracted Text Only



## Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Relativity Group ID | Total documents without hits |
|---|---|---|---|
| 7,127,372 | 202,876 | 570,090 | 6,557,282 |

# OPLA - DCLD - SPLC v DHS
## Search Terms Report

**Report Name:**  SPLC v DHS - DOJ Terms 012420          **Searchable Set:**   Extracted Text Only



# OPLA - DCLD - SPLC v DHS
## Search Terms Report

**Report Name:**  SPLC v DHS - DOJ Terms 012420          **Searchable Set:**   Extracted Text Only

## Terms Summary

| Term | Documents with hits | Documents with hits, including Relativity Group ID | Unique hits |
|---|---|---|---|
| (2011PBNDS OR 2008PBNDS) AND (Pine Prairie OR LaSalle OR Stewart OR Irwin) AND (legal W/5 visit*) | 28 | 100 | 0 |
| (ACA OR standard*) AND (Pine Prairie OR LaSalle OR Stewart OR Irwin) AND (legal w/5 visit*) | 4,398 | 28,010 | 0 |
| (Adriana W/2 Heffley) OR (Agnes w/2 Baik) OR (Aila W/2 Niglia) OR (Alden W/2 Pinkham) OR (Alex W/2  Boota) OR (Amber w/2 Banks) OR (Anhelica W/2 Robles) OR (Anjali W/2 Nair) OR (Anna W/2 Roberson) OR (Charles W/2 Musick) | 871 | 1,829 | 14 |
| (attorney OR lawyer OR legal assistant OR paralegal OR volunteer) AND (contact w/2 visit*) AND (Pine Prairie OR LaSalle OR Stewart OR Irwin) | 3,538 | 21,187 | 33 |
| (attorney OR lawyer OR legal assistant OR paralegal OR volunteer) AND (Pine Prairie OR LaSalle OR Stewart OR Irwin) AND (violat* OR complain* OR delay* OR deny*) | 56,531 | 205,018 | 5,691 |
| (attorney OR lawyer OR legal assistant OR paralegal OR volunteer) AND (visit* OR meet* OR met) AND (phone OR laptop OR computer OR tablet OR electronic) AND (Pine Prairie OR LaSalle OR Stewart OR Irwin) | 39,658 | 165,164 | 1,340 |

# OPLA - DCLD - SPLC v DHS
## Search Terms Report

**Report Name:** SPLC v DHS - DOJ Terms 012420          **Searchable Set:** Extracted Text Only

| Term | Documents with hits | Documents with hits, including Relativity Group ID | Unique hits |
|---|---|---|---|
| (Claudia W/2 Huerta) OR (Daniel W/2 Teehan) OR (Daniel W/2 Werner) OR (Diego W/2 Menendez) OR (Diego W/2 Sanchez) OR (Elissa W/2 Johnson) OR (Elizabeth W/2 Matherne) OR (Ellen W/2 Giarratana) | 15,566 | 55,919 | 4,137 |
| (Contract Discrepancy Report) OR CDR AND (Pine Prairie OR LaSalle OR Irwin OR Stewart) | 29,783 | 85,986 | 26,258 |
| (Contract w/2 Deficien*) | 1,752 | 14,079 | 1,474 |
| (Corrective Actions Plan) | 39 | 2,163 | 39 |
| (Count) AND (visit* OR meet* OR met) AND (attorney OR lawyer OR legal assistant OR paralegal OR volunteer) AND (Pine Prairie OR LaSalle OR Stewart OR Irwin) | 13,538 | 63,670 | 23 |
| (CPAR) AND (Pine Prairie OR LaSalle OR Irwin OR Stewart) | 23 | 350 | 3 |
| (Emily W/2 Martin) OR (Emily W/2 Trostle) OR (Erica W/2 Thomas) OR (Erin W/2 Anderson) OR (Erin W/2 Argueta) OR (Feyisola W/2 Akinnawonu) OR (Gabriela W/2 Maxcy) OR (Gabriella W/2 Romanos Abi Habib) OR (Gloria W/2 Lima) OR (Havan W/2 Clark) | 1,917 | 5,939 | 358 |

# OPLA - DCLD - SPLC v DHS
## Search Terms Report

**Report Name:** SPLC v DHS - DOJ Terms 012420          **Searchable Set:** Extracted Text Only

| Term | Documents with hits | Documents with hits, including Relativity Group ID | Unique hits |
|------|---------------------|-----------------------------------------------------|-------------|
| (Hong W/2 Tran) OR (Isabel W/2 Boyer) OR (Isabel W/2 Flores-Ganley) OR (Jaclyn W/2 Cole) OR (Jacqueline W/2 Hurst) OR (James W/2 McElroy) OR (Jarron W/2 Brady) OR (Jennifer W/2 Aronson) OR (Jeremy W/2 Jong) OR (Julia W/2 McBee) OR (Julia W/2 Solorzano) OR (Katherine W/2 Thanos) OR (Katrina W/2 Huber) OR (Kevin W/2 Amezquita) | 2,424 | 6,298 | 146 |
| (Kyra W/2 Kinnaman) OR (Laura W/2 Just) OR (Laura W/2 Murchie) Or (Laura W/2 Rivera) OR (Lia w/2 Newman) Or (Lisa W/2 Walters) OR (Lizeth W/2 Gomez) OR (Lois W/2 Gutierrez) OR (Lorilei W/2 Williams) OR (Margaret W/2 Schumann) OR (Matthew W/2 Boles) OR (Meredith W/2 Soniat du Fossat) OR (Mikhail W/2 Goutkin-Lopez) OR (Miranda W/2 Bolef) | 4,096 | 11,098 | 1,302 |
| (law library) AND (hours OR schedul* OR access*) AND (Pine Prairie OR LaSalle OR Stewart OR Irwin) | 8,459 | 49,920 | 2,045 |
| (log*) AND (VTC OR Skype OR meet* OR visit*) AND (legal) AND (Pine Prairie OR LaSalle OR Stewart OR Irwin) | 16,191 | 83,543 | 2,085 |

# OPLA - DCLD - SPLC v DHS
## Search Terms Report

**Report Name:** SPLC v DHS - DOJ Terms 012420          **Searchable Set:** Extracted Text Only

| Term | Documents with hits | Documents with hits, including Relativity Group ID | Unique hits |
|---|---|---|---|
| (Michael w/2 Berg) OR (Abigail w/2 Moyer) OR (Ajani w/2 Husbands) OR (Daniel w/2 Werner) OR (David w/2 Washington) OR (Debbie w/2 Cruz) OR (Emanuel w/2 Frydland) OR (Ira w/2 Kurzban) OR (Jenna w/2 Finkle) OR (Jeremy w/2 Jong) OR (Jhon w/2 Sanchez) OR (Luis w/2 Bautista w/2 Martinez) OR (Marlon w/2 Torres) OR (Melissa w/2 Fridlin w/2 Murrell) OR (Meredith w/2 Soniat) OR (Tomas w/2 Ayala w/2 Sanchez) | 23,215 | 76,916 | 10,011 |
| (Monica W/2 Whatley) OR (Natalie W/2 Lyons) OR (Nicholas W/2 Maggio) OR (Oliva W/2 Petipas) OR (Pamela W/2 Ortega) OR (Peter W/2 Isbister) OR (Phoebe W/2 Lytle) OR (Regina W/2 Tyson) OR (Rose W/2 Murray) OR (Sophia W/2 Genovese) OR (Susan W/2 Henderson) OR (Terry W/2 Stolow) OR (Veronica W/2 Fernandez-Diaz) OR (Vidhi W/2 Bamzai) | 4,070 | 9,537 | 703 |
| (NDS OR standard*) AND (Pine Prairie OR LaSalle OR Stewart OR Irwin) AND (legal w/5 visit*) | 4,399 | 28,020 | 5 |
| (PBNDS OR standard*) AND (Pine Prairie OR LaSalle OR Stewart OR Irwin) AND (legal w/5 visit*) | 4,720 | 28,816 | 30 |

# OPLA - DCLD - SPLC v DHS
## Search Terms Report

**Report Name:**  SPLC v DHS - DOJ Terms 012420          **Searchable Set:**  Extracted Text Only

| Term | Documents with hits | Documents with hits, including Relativity Group ID | Unique hits |
|---|---|---|---|
| (Security) AND (attorney OR lawyer OR legal assistant OR paralegal OR volunteer) AND (Pine Prairie OR LaSalle OR Stewart OR Irwin) | 110,071 | 333,830 | 47,036 |
| (shift w/2 chang*) AND (visit* OR meet* OR met) AND (attorney OR lawyer OR legal assistant OR paralegal OR volunteer) AND (Pine Prairie OR LaSalle OR Stewart OR Irwin) | 1,048 | 8,206 | 0 |
| (SIFI OR Southeastern Immigrant Freedom Initiative) | 5,168 | 13,112 | 131 |
| (SPLC OR Southern Poverty Law Center) | 24,500 | 44,985 | 12,210 |
| (visit* OR meet* OR met) AND (attorney OR lawyer OR legal assistant OR paralegal OR volunteer) AND (detainee) AND (Pine Prairie OR LaSalle OR Stewart OR Irwin) | 33,084 | 140,947 | 891 |
| (visit* OR meet* OR met) AND (VTC OR Skype OR video call OR video conference) AND (visit* w/1 room) AND (Pine Prairie OR LaSalle OR Stewart OR Irwin) | 1,308 | 5,506 | 36 |