UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SOUTHERN POVERTY LAW CENTER,<br>      Plaintiff,<br>    v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>      Defendants. | Civil Action No. 18-760 (CKK) |

**ORDER**
(August 25, 2021)

On March 17, 2021, the parties jointly moved for a stay of this litigation and a mediation referral. The Court granted that motion, referring the parties to the Circuit Executive's Office for mediation through June 2, 2021 and staying the case through that same date. On May 27, 2021, the parties jointly moved for an extension of their mediation through August 2, 2021 and asked that the case remain stayed during the pendency of this extended mediation. The Court granted that motion. On August 2, 2021, however, the parties submitted a joint notice to the Court indicating that their mediation did not result in a resolution of this case. Accordingly, on August 2, 2021, the Court's stay expired.

On August 16, 2021, the parties submitted a joint status report addressing the status of the four motions pending in this case. In light of the parties' respective positions and requests in their August 16, 2021 joint status report, the Court hereby **ORDERS** as follows:

1. <u>Plaintiff's Motion to Enforce the June 17, 2020 Temporary Restraining Order (ECF No. 139):</u> By or before **SEPTEMBER 3, 2021**, the parties shall meet and confer in good faith regarding Defendants' compliance with the Court's [123] June 17, 2020 Order. By or before **SEPTEMBER 10, 2021**, Plaintiff shall file a brief, supplementing its original [139] Motion with any relevant factual and legal updates. Defendants may respond to Plaintiff's supplemental brief by or before **SEPTEMBER 17, 2021**. In accordance with the parties' desire to supplement the relevant record, the Court will hold Plaintiff's [139]

    Motion in abeyance, until after the parties' supplemental briefing has been filed.

2. <u>Defendants' Renewed Motion to Partially Dismiss the Second Amended Complaint (ECF No. 133)</u>:  In their joint status report, Defendants propose supplemental briefing on new authorities relevant to their [133] Partial Motion to Dismiss.  By or before **SEPTEMBER 10, 2021**, each party may submit a supplemental brief updating the Court on any relevant authorities.  These briefs shall not exceed 10-pages.  By or before **SEPTEMBER 17, 2021**, the parties may submit briefing in response to the opposing party's supplemental briefing.  These responsive briefs shall not exceed 5-pages.  The Court will hold Defendants' [133] Motion in abeyance, until after the parties' supplemental briefing has been filed.

3. <u>Plaintiff's Motion to Compel (ECF No. 116) and Defendants' Cross-Motion for Entry of Fed. R. Civ. P. 26(c) Protective Order (ECF No. 121)</u>:  As Defendants note in the August 16, 2021 joint status report, the scope of discovery in this case will be directly impacted by the Court's ruling on Defendants' [133] Partial Motion to Dismiss. To promote judicial economy, therefore, the Court will hold in abeyance the pending [116] [121] discovery motions, until after the Court has ruled on Defendants' [133] Partial Motion to Dismiss.

**SO ORDERED.**

**Date:** August 25, 2021

                                                         /s/
                                           COLLEEN KOLLAR-KOTELLY
                                           United States District Judge